DOUGLAS MICHAEL BELTON      MOHELA
KATELYN BRIANA BELTON       ATTN: BANKRUPTCY
16 OLD CITY BRIDGE RD       633 SPIRIT DR
PERKINSTON, MS 39573        CHESTERFIELD, MO 63005

THOMAS C. ROLLINS, JR.      MS GULF COAST COMM
THE ROLLINS LAW FIRM, PLLC  2226 SWITZER RD
P.O. BOX 13767              GULFPORT, MS 39503
JACKSON, MS 39236

ACIMA CREDIT                NATIONAL CREDIT
13907 MINUTEMAN DR          ATTN: BANKRUPTCY
5TH FLOOR                   PO BOX 3023
DRAPER, UT 84020            HUTCHINSON, KS 67504

ADVANCE RECOVERY            NAVY FEDERAL CU
P.O. BOX 3590              ATTN: BANKRUPTCY
JACKSON, MS 39207           PO BOX 3000
                           MERRIFIELD, VA 22199

CREDENCE RESOURCE           RECEIVABLE MANAGEMENT
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
PO BOX 2300                 7350 TILGHMAN ST
SOUTHGATE, MI 48195         ALLENTOWN, PA 18106

GLOBAL LENDING              REPUBLIC FINANCE
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
PO BOX 10437                7031COMMERCE CIRCLE
GREENVILLE, SC 29603        BATON ROUGE, LA 70809

HATTIESBURG CLINIC          THE BUREAUS INC
415 SOUTH 28TH AVE          ATTN: BANKRUPTCY
HATTIESBURG, MS 39401       711 N EDGEWOOD AVE
                           STE 200
                           WOOD DALE, IL 60191

LVNV FUNDING LLC            WEBBANK
PO BOX 1269                 PO BOX 3316
GREENVILLE, SC 29602        EVANSVILLE, IN 47732


MIDLAND CREDIT MGMT         WILKINSON LAW FIRM
ATTN: BANKRUPTCY            51 KEYWOOD CIRCLE
PO BOX 939069               FLOWOOD, MS 39232
SAN DIEGO, CA 92193