Certificate Number: 17082-MSS-DE-041197954

Bankruptcy Case Number: 26-50997



17082-MSS-DE-041197954

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 12, 2026, at 8:52 o'clock PM MST, DOUGLAS  M BELTON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   July 13, 2026               By:      /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:   Executive Director